# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025

February 19, 2025

**VIA ECF**

Application GRANTED. SO ORDERED.
Dated: February 20, 2025

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Bellamy v. Commissioner of Social Security,*
                  Civil Action 1:24-cv-06435-SDA

Dear Judge Aaron,

    We write on behalf of plaintiff, Jerry Bellamy, and with the consent of the defendant, to request an extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due February 25, 2025, per the Court's November 4, 2024 Order granting Motion for Extension of Time. This is the parties' second request for an extension. The Plaintiff requests this extension due to a heavy caseload in the following weeks.

    Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before: **March 27, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **June 25, 2025**; and

3. Plaintiff to file his reply, if any, on or before: **July 9, 2025.**

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile 212-500-5115      info@osbornlawpc.com

Honorable Stewart D. Aaron
February 19, 2025
Page 2

      Thank you for your consideration of this request.

      Respectfully submitted,

      s/Daniel A. Osborn
      Daniel A. Osborn
      OSBORN LAW, P.C.
      43 West 43rd Street, Suite 131
      New York, New York 10036
      Telephone:  212-725-9800
      Facsimile:  212-500-5115
      dosborn@osbornlawpc.com

cc: Padma Ghatage, Esq. (by ECF)