**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 Jerry B.,

                     Plaintiff,

       -against-                             24 **CIVIL** 6435 (SDA)

                                         **<u>JUDGMENT</u>**

Frank Bisignano, Commissioner of Social Security,

                   Defendant.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated June 3, 2026, Plaintiff's motion is GRANTED, the

Commissioner's decision is reversed and this action is remanded, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

     June 4, 2026

                                   **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                     **BY:**    _____
                                 **Deputy Clerk**